

COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS



UNITED STATES POSTAGE
PITNEY BOWES
02 1R      $00.406
0006557458   MAR 24 2015
MAILED FROM ZIP CODE 78701

RE: WR-82,824-01

KENNETH WAYNE BEAL
22715 IMPERIAL VALLEY
HOUSTON, TX 77073

UTF

50 BQU-53B 77073



